

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE 19899-1380

Christopher P. Simon
csimon@crosslaw.com
(302) 777.4200, ext. 102

May 8, 2018

**BY CM/ECF & HAND DELIVERY**
Judge Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

      Re:    *Craig Skotnicki v. Facebook, Inc. and Cambridge Analytica,*
            C.A. No. 1:18-cv-00655-RGA

Dear Judge Andrews:

      On April 30, 2018, we, together with Motley Rice LLP, filed the above-referenced class action case (the "Skotnicki Litigation"). The class-action complaint asserts certain claims against defendants Facebook, Inc. and Cambridge Analytica.

      On April 10, 2018, prior to filing the Skotnicki Litigation, we, together with Ruyak Cherian LLP, Fields PLLC and McCue & Partners, LLP, filed a class-action case against Facebook, Global Science Research Ltd., Cambridge Analytica, and other related entities. That case is titled *Ben Redmond, et al v. Facebook Inc., et al.*, Case No. 1:18-cv-00531-MPT (the "Redmond Litigation"). Due to our oversight, we did not list the Redmond Litigation as a related case in Section VIII of the Civil Cover Sheet for the Skotnicki Litigation. After reviewing the instructions for the Civil Cover Sheet, we believe the Redmond Litigation and the Skotnicki Litigation are, in fact, related – the claims, although not identical in both actions, arise out of the same operative facts and circumstances. The Redmond Litigation is currently assigned to Chief Magistrate Judge Mary Pat Thynge. There have been no responsive pleadings filed in either the Skotnicki Litigation or the Redmond Litigation.

      Since filing the Redmond Litigation, we have submitted filings before the Judicial Panel on Multidistrict Litigation seeking to consolidate the pending class-action cases against Facebook and Cambridge Analytica that have been filed across the country (currently there are approximately twenty-seven such cases) and have them transferred to the District Court for the District of Delaware. In connection with that effort, we believe it is important that the Redmond Litigation and the Skotnicki Litigation be heard by the same Judge in Delaware. We respectfully

request that the Redmond Litigation and the Skotnicki Litigation be consolidated before Your Honor.

      Counsel is available if the Court has any questions regarding this letter.

                                       Respectfully submitted,

                                       */s/ Christopher P. Simon*

                                       Christopher P. Simon (No. 3697)

cc:      Jodi Flowers, Esq. (via electronic mail)
           David G. Holmes, Esq. (via electronic mail)
           File Copy