# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRAIG SKOTNICKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA,<br><br>      Defendants. | C.A. No. 1:18-cv-00655-RGA |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Orin Snyder, Joshua S. Lipshutz, Brian M. Lutz and Kristin A. Linsley of the law firm Gibson, Dunn & Crutcher LLP to represent Defendant Facebook, Inc. in this matter.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*
David E. Ross (Bar No. 5228)
Nicholas D. Mozal (Bar No. 5838)
R. Garrett Rice (Bar No. 6242)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
nmozal@ramllp.com
grice@ramllp.com

*Counsel for Defendant Facebook, Inc.*

Dated: May 15, 2018

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsels' motion for admissions *pro hac vice* of Orin Snyder, Joshua S. Lipshutz, Brian M. Lutz and Kristin A. Linsley of the law firm Gibson, Dunn & Crutcher LLP to represent Defendant Facebook, Inc. in this matter is granted.

Date: _____

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATION  BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated:  05/15/2018

/s/ Orin Snyder
Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000
osnyder@gibsondunn.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 05/15/2018	   */s/ Joshua S. Lipshutz*
	Joshua S. Lipshutz
	GIBSON, DUNN & CRUTCHER LLP
	1050 Connecticut Avenue, N.W.
	Washington, DC 20036-5306
	(202) 955-8500
	jlipshutz@gibsondunn.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated:  05/15/2018

/s/Brian M. Lutz
Brian M. Lutz
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
(415) 393-8200
blutz@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated:  05/15/2018                    */s/ Kristin A. Linsley*
                                                                   Kristin A. Linsley
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
(415) 393-8200
klinsley@gibsondunn.com