**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRAIG SKOTNICKI, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA,<br><br>       Defendants. | C.A. No. 1:18-cv-00655-RGA |

**SUGGESTION BY DEFENDANT FACEBOOK, INC. OF
<u>BANKRUPTCY OF DEFENDANT CAMBRIDGE ANALYTICA LLC</u>**

Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code. *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (Bankr. S.D.N.Y. May 17, 2018). Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

                                                  Respectfully submitted,

                                                  ROSS ARONSTAM & MORITZ LLP

                                                  */s/ David E. Ross*

| | |
|---|---|
| *Of Counsel*: | David E. Ross (Bar No. 5228)<br>Nicholas D. Mozal (Bar No. 5838) |
| Orin Snyder | R. Garrett Rice (Bar No. 6242) |
| GIBSON, DUNN & CRUTCHER LLP | 100 S. West Street, Suite 400 |
| 200 Park Avenue | Wilmington, Delaware 19801 |
| New York, New York 10166-0193 | (302) 576-1600 |
| (212) 351-4000 | dross@ramllp.com |
| osnyder@gibsondunn.com | nmozal@ramllp.com |
| | grice@ramllp.com |
| | *Counsel for Defendant Facebook, Inc.* |

Joshua S. Lipshutz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
jlipshutz@gibsondunn.com


Brian M. Lutz
Kristin A Linsley
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California  94105-0921
(415) 393-8200
blutz@gibsondunn.com
klinsley@gibsondunn.com


Dated:  May 18, 2018