# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRAIG SKOTNICKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA,<br><br>    Defendants. | Case No.: 1:18-cv-00655-RGA<br><br>**JURY TRIAL DEMANDED**<br><br>Re: Docket No. ___ |

## ORDER GRANTING MOTION OF PLAINTIFF FOR PRESERVATION ORDER

UPON CONSIDERATION of the Motion of Plaintiff for Preservation Order (the "Motion"),

IT IS HEREBY ORDERED this ___ day of _____, 2018, that the Motion is granted; and it is further

ORDERED, that the documents described in Exhibit A to the Motion are hereby preserved.

_____
The Honorable Richard G. Andrews
United States District Court Judge