## <u>CERTIFICATE OF SERVICE</u>

I, Christopher P. Simon, hereby certify that on this 23rd day of May, 2018, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Motion of Plaintiff for Preservation Order* to be served on the following persons by first class mail.

Orin Snyder, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Joshua S. Lipshutz, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Brian M. Lutz, Esq.
Kristin A. Linsley, Esq.
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Cambridge Analytica Holdings, LLC
c/o The Corporation Trust Company
1209 Orange Street
Corporation Trust Center
Wilmington, DE 19801

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)