# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRAIG SKOTNICKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA,<br><br>        Defendants. | Case No.: 1:18-cv-00655-RGA<br><br>JURY TRIAL DEMANDED<br><br>Re: Docket No. 7 |

## STATEMENT PURSUANT TO D. DEL. LR 7.1.1

I, Christopher P. Simon, Esquire, hereby submit the following statement pursuant to D. Del. Local Rule 7.1.1:

1. On April 30, 2018, Plaintiff, Craig Skotnicki filed his Class Action Complaint with the United States District Court for the District of Delaware (the "Complaint") [D.I 1].

2. In the Complaint, Movant named "Cambridge Analytica" as a Defendant. Cambridge Analytica is an umbrella term that encompasses Cambridge Analytica Holdings LLC ("Holdings"), Cambridge Analytica LLC ("CA LLC"), Cambridge Analytica Commerce LLC ("Commerce"), and Cambridge Analytica Political LLC ("Political" and, together with Holdings, CA LLC, Commerce, and Political, the "Cambridge Entities"). Movant's intent, in naming Cambridge Analytica, was to allege claims against all of the Cambridge Entities.

3. On May 8, 2018, Defendant Facebook, Inc. waived service of the Complaint through its counsel Ross Aronstam & Moritz LLP and Gibson, Dunn & Crutcher LLP.

4. To date, I am not aware of any counsel who represents Holdings, the party against whom Movants seek relief in their *Motion of Plaintiff for Preservation Order* [D.I. 7] filed on May 23, 2018 (the "Motion"). I caused a copy of the Motion to be served on Holdings' registered

agent for service of summons is The Corporation Trust Company, 1209 Orange Street, Corporation Trust Center, Wilmington, DE 19801.

5. In a related case pending in this Court, captioned *Redmond et al., v. Facebook et al.*, C.A. No. 1:18-CV-00531-VAC-MPT, I caused a complaint and summons to be served upon Holdings on April 27, 2018, care of its registered agent, The Corporation Trust Company, 1209 Orange Street, Corporation Trust Center, Wilmington, DE 19801. In the *Redmond* case, no counsel has entered an appearance for Holdings.

6. By the Motion, Movants do not seek relief against Defendant Facebook, Inc. Nevertheless, I contacted counsel of record for Facebook, Inc. Facebook, Inc. takes no position on the Motion.

Dated: May 29, 2018                           **CROSS & SIMON LLC**

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: csimon@crosslaw.com
Email: dholmes@crosslaw.com

 - and -

Jodi Westbrook Flowers, *pro hac vice forthcoming*
Ann Ritter, *pro hac vice forthcoming*
Fred Baker, *pro hac vice forthcoming*
Andrew Arnold, *pro hac vice forthcoming*
Annie Kouba, *pro hac vice forthcoming*
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: jflowers@motleyrice.com
Email: aritter@motleyrice.com

Email: fbaker@motleyrice.com
Email: aarnold@motleyrice.com
Email: akouba@motleyrice.com

*Attorneys for Plaintiff and the proposed class*