## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 29th day of May, 2018, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Statement Pursuant to D. Del. Local Rule 7.1.1* to be served on the following persons by first class mail.

| | |
|---|---|
| Orin Snyder, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 | Joshua S. Lipshutz, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| Brian M. Lutz, Esq.<br>Kristin A. Linsley, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921 | Cambridge Analytica Holdings, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Corporation Trust Center<br>Wilmington, DE 19801 |
| David E. Ross, Esq.<br>Ross Aronstam & Moritz LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801 | |

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)