# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:18–cv–00655–RGA

Skotnicki v. Facebook, Inc. et al  
Assigned to: Judge Richard G. Andrews  
Related Case: 1:18–cv–00531–VAC–MPT  
Cause: 28:1331 Fed. Question  

Date Filed: 04/30/2018  
Date Terminated: 06/21/2018  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Craig Skotnicki**  
*individually and on behalf of all others similarly situated*

represented by **Christopher Page Simon**  
Cross & Simon, LLC  
1105 North Market Street, Suite 901  
Wilmington, DE 19801  
(302)777–4200  
Email: csimon@crosslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David Gerard Holmes**  
Cross & Simon, LLC  
1105 North Market Street, Suite 901  
Wilmington, DE 19801  
(302) 777–4200  
Email: dholmes@crosslaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook, Inc.**

represented by **David Evan Ross**  
Ross Aronstam & Moritz LLP  
100 S. West Street, Suite 400  
Wilmington, DE 19801  
(302) 576–1600  
Fax: (302) 576–1100  
Email: dross@ramllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Brian M. Lutz**  
Email: blutz@gibsondunn.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Joshua S. Lipshutz**  
Email: jlipshutz@gibsondunn.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Kristin A. Linsley**
Email: klinsley@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Orin Snyder**
Email: osnyder@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cambridge Analytica**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2018 | Ï 1 | CLASS ACTION COMPLAINT filed with Jury Demand against Cambridge Analytica, Facebook, Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–2372732.) – filed by Craig Skotnicki. (Attachments: # 1 Civil Cover Sheet)(nmg) (Entered: 05/01/2018) |
| 04/30/2018 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nmg) (Entered: 05/01/2018) |
| 05/01/2018 | Ï | No Summons Issued. (nmg) (Entered: 05/01/2018) |
| 05/02/2018 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 05/02/2018) |
| 05/08/2018 | Ï 3 | WAIVER OF SERVICE returned executed by Craig Skotnicki: For Facebook, Inc. waiver sent on 5/8/2018, answer due 7/9/2018. (Simon, Christopher) (Entered: 05/08/2018) |
| 05/08/2018 | Ï 4 | Letter to Judge Richard G. Andrews from Christopher P. Simon, Esq. regarding Notifying the Court of a related action – re 1 Complaint,. (Simon, Christopher) (Entered: 05/08/2018) |
| 05/15/2018 | Ï 5 | MOTION for Pro Hac Vice Appearance of Attorney Orin Snyder, Joshua S. Lipshutz, Brian M. Lutz and Kristin A. Linsley – filed by Facebook, Inc.. (Ross, David) (Entered: 05/15/2018) |
| 05/16/2018 | Ï | SO ORDERED, re 5 MOTION for Pro Hac Vice Appearance of Attorney Orin Snyder, Joshua S. Lipshutz, Brian M. Lutz and Kristin A. Linsley, filed by Facebook, Inc.. Signed by Judge Richard G. Andrews on 5/16/2018. (nms) (Entered: 05/16/2018) |
| 05/18/2018 | Ï 6 | NOTICE of Suggestion By Defendant Facebook, Inc. of Bankruptcy of Defendant Cambridge Analytica LLC by Facebook, Inc. (Ross, David) (Entered: 05/18/2018) |
| 05/23/2018 | Ï 7 | MOTION for Preservation Order – filed by Craig Skotnicki. (Attachments: # 1 Exhibit A, # 2 Proposed Order, # 3 Certificate of Service)(Simon, Christopher) Modified on 5/24/2018 (nms). (Entered: 05/23/2018) |
| 05/29/2018 | Ï 8 | 7.1.1 STATEMENT re 7 MOTION for Preservation Order, by Craig Skotnicki. (Attachments: # 1 Certificate of Service)(Simon, Christopher) Modified on 5/29/2018 (nms). (Entered: 05/29/2018) |
| 05/31/2018 | Ï | |

|  |  |  |
|---|---|---|
|  |  | Pro Hac Vice Attorney Orin Snyder,Kristin A. Linsley,Joshua S. Lipshutz,Brian M. Lutz for Facebook, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (fms) (Entered: 05/31/2018) |
| 06/21/2018 | Ï 9 | CONDITIONAL TRANSFER ORDER (CTO–1). Signed by Jeffery N. Luthi, Clerk of the Panel on Multidistrict Litigation on 6/18/2018. (nms) (Entered: 06/21/2018) |
| 06/21/2018 | Ï | Case transferred to United States District Court for the Northern District of California. (nms) (Entered: 06/21/2018) |